■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE BRICKHOUSE, Appellant. [648 NYS2d 942] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 7, 1988 (*People v Brickhouse,* 138 AD2d 387), affirming a judgment of the County Court, Westchester County, rendered March 10, 1985.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Miller, O'Brien and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE BRICKHOUSE, Appellant. [648 NYS2d 330] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 14, 1993 (*People v Brickhouse,* 194 AD2d 1063), affirming a sentence of the County Court, Westchester County, imposed March 6, 1985.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Miller, O'Brien and Santucci, JJ., concur.